# NOTES OF CAUSES

## Decided during the period comprised in this Volume, and not reported in full.

---

No. 2625. CHAMBERLAIN *v.* BROWN. November Term, 1889. A single woman is the head of a family, and as such entitled to a homestead in a tract of land owned by her in fee, where she supports an invalid sister who resides with her (the homestead claimant), and has no other means of support. Judgment (Fraser. J.) affirmed. OPINION by MR. JUSTICE McGOWAN, April 28, 1890. *Benet & Cason,* for appellant. *W. S. Monteith,* contra.